**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANDREY ALEKSANDROVICH
POPKOV,

      Plaintiff,

v.

                                       Case No:  6:26-cv-135-ACC-NWH

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

      Defendant.

_____

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. On January 23, 2026, this Court entered Initial Case Order (Doc. No. 3). The Court's Order states that the parties shall conduct a case management conference (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees and file the Case Management Report regardless of the pendency of any undecided motion. To date, the parties have failed to file a Case Management Report as required.

It is **ORDERED** and **ADJUDGED** that the parties shall **SHOW CAUSE** by written response on or before July 15, 2026, as to why this case should not be dismissed for failure to file a Case Management Report.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2026.

/s/ Anne C. Conway_____
Anne C. Conway
United States District Judge

Copies furnished to:
Counsel of Record
Unregistered Parties