UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREY ALEKSANDROVICH
POPKOV,

       Plaintiff,

    v.                                Case No.:  6:26-cv-00135-ACC-NWH

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

       Defendant,

_____/

**CASE MANAGEMENT AND SCHEDULING ORDER**

This cause comes before the Court on the parties' Joint Motion to Set Deadlines (Doc. 25), which is **GRANTED**. The Court sets the following Case Management Deadlines:

| | |
|---|---|
| **Deadline to File Administrative Record** | September 18, 2026 |
| **Deadline to File Motions for Summary Judgment** | October 19, 2026 |

All response and reply deadlines are governed by the Local Rules of the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 20, 2026.

/s/ Anne C. Conway_____
Anne C. Conway
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record
Unrepresented parties